| Attorney or Party without Attorney:<br>DARREN M. HARRIS, ESQ. (SBN 190399)<br>HARRIS GROMBCHEVSKY LLP<br>2070 Business Center Dr., Suite 285<br>Irvine, CA 92612<br>　Telephone No: 949-387-4444<br>　Attorney For: Plaintiff | Ref. No. or File No.:<br>7795.100 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: JANE DOE |
|---|
| Defendant: CITY OF RIVERSIDE; HENRY VENTURA |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:25-cv-2181 JGB (Ex) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action (08/25/25); Summons in a Civil Action (08/20/25); Complaint for Damages; Civil Cover Sheet; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice to Parties of Court-Directed ADR Program; Notice of Assignment to United States Judges; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1)

3. a. Party served:     CITY OF RIVERSIDE
   b. Person served:   Irene Sater, City Clerk Specialist / Authorized to Accept / Served under F.R.C.P. Rule 4.

4. Address where the party was served:   3900 Main Street, Riverside, CA 92522

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Sep 02 2025 (2) at: 01:37 PM

6. **Person Who Served Papers:**
   a. Jose Fuerte (PS-001978, Riverside County)      d. *The Fee* for Service was: $95.81
   b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

09/05/2025
(Date)                                                                 (Signature)



PROOF OF SERVICE

14048336
(14119304)