William R. Price (SBN 171531)
D. Scott Dodd (SBN 170500)
LAW OFFICES OF WILLIAM R. PRICE
12636 High Bluff Dr., Suite 400
San Diego, CA 92130
Email: wprice@williamrprice.com; sdodd@williamrprice.com
Telephone: (858) 888-0588

Attorneys for Defendant HENRY VENTURA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JANE DOE

      Plaintiff,

v.

CITY OF RIVERSIDE. HENRY VENTURA; and DOES 1 through 10, inclusive

      Defendants.

*CASE NO. 5:25-cv-02181-JGB-E*
*[Assigned to Hon. Jesus G. Bernal]*

**DEFENDANT HENRY VENTURA'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

Trial Date:    None Set

Defendant HENRY VENTURA ("Defendant"), for himself and for no other defendant, answers Plaintiff JANE DOE'S Complaint filed in this court on August 20, 2025. Unless specifically admitted, Defendant denies all allegations in the Complaint.

## JURISDICTION AND VENUE

1. Answering Complaint, paragraph 1, Defendant admits the Court has jurisdiction over this action. Except as expressly admitted, Defendant denies any other allegation because (1) the other allegations are untrue, (2) the other allegations contain legal conclusions and/or argument for which no response is required, or (3) Defendant lacks sufficient knowledge or information to admit or deny the allegations.

2. Answering Complaint, paragraph 2, Defendant admits the Court has jurisdiction over this action. Except as expressly admitted, Defendant denies any other allegation because (1) the other allegations are untrue, (2) the other allegations contain legal conclusions and/or argument for which no response is required, or (3) Defendant lacks sufficient knowledge or information to admit or deny the allegations.

3. Answering Complaint, paragraph 3, Defendant denies the allegations because Defendant either (1) lacks sufficient knowledge or information to admit or deny, or (2) the allegations contain legal conclusions and/or argument for which no response is required.

4. Answering Complaint, paragraph 4, Defendant denies the allegations because Defendant either (1) lacks sufficient knowledge or information to admit or deny, or (2) the allegations contain legal conclusions and/or argument for which no response is required, and (3) the nature of any contact between Plaintiff and Defendant has yet to be determined.

5. Answering Complaint, paragraph 5, Defendant denies the allegations because Defendant either (1) lacks sufficient knowledge or information to admit or deny, or (2) the allegations contain legal conclusions and/or argument for which no response is required.

6. Answering Complaint, paragraph 6, Defendant denies the allegations because Defendant either (1) lacks sufficient knowledge or information to admit or deny, or (2) the allegations contain legal conclusions and/or argument for which no response is required.

7. Answering Complaint, paragraph 7, Defendant admits that he was a police officer for the City of Riverside.  Defendant denies the remaining allegations because Defendant either (1) lacks sufficient knowledge or information to admit or deny, or (2) the allegations contain legal conclusions and/or argument for which no response is required.

**DEFENDANT HENRY VENTURA'S ANSWER TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

8. Answering Complaint, paragraph 8, Defendant denies the allegations because Defendant either (1) lacks sufficient knowledge or information to admit or deny, or (2) the allegations contain legal conclusions and/or argument for which no response is required.

9. Answering Complaint, paragraph 9, Defendant denies the allegations because Defendant either (1) lacks sufficient knowledge or information to admit or deny, or (2) the allegations contain legal conclusions and/or argument for which no response is required.

10. Answering Complaint, paragraph 10, Defendant denies the allegations because Defendant either (1) lacks sufficient knowledge or information to admit or deny, or (2) the allegations contain legal conclusions and/or argument for which no response is required.

11. Answering Complaint, paragraph 11, Defendant denies the allegations because Defendant either (1) lacks sufficient knowledge or information to admit or deny, or (2) the allegations contain legal conclusions and/or argument for which no response is required.

12. Answering Complaint, paragraph 12, Defendant denies the allegations because Defendant either (1) lacks sufficient knowledge or information to admit or deny, or (2) the allegations contain legal conclusions and/or argument for which no response is required.

13. Answering Complaint, paragraph 13, Defendant denies the allegations because Defendant either (1) lacks sufficient knowledge or information to admit or deny, or (2) the allegations contain legal conclusions and/or argument for which no response is required.

14. Answering Complaint, paragraph 14, Defendant denies the allegations because Defendant either (1) lacks sufficient knowledge or information to admit or deny, or (2) the allegations contain legal conclusions and/or argument for which no

**DEFENDANT HENRY VENTURA'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

1  response is required.

2  **FACTUAL ALLEGATIONS**

3  15. Answering Complaint, paragraph 15, Defendant denies there was a traffic

4  stop and denies the remainder of the allegations because Defendant either (1) lacks

5  sufficient knowledge or information to admit or deny, or (2) the allegations contain

6  legal conclusions and/or argument for which no response is required.

7  16. Answering Complaint, paragraph 16, Defendant denies there was a traffic

8  stop and denies the remainder of the allegations because Defendant either (1) lacks

9  sufficient knowledge or information to admit or deny, or (2) the allegations contain

10  legal conclusions and/or argument for which no response is required.

11  17. Answering Complaint, paragraph 17, Defendant admits that emails and

12  telephone communications were exchanged between Plaintiff and Defendant and denies

13  the remaining allegations because Defendant either (1) lacks sufficient knowledge or

14  information to admit or deny, or (2) the allegations contain legal conclusions and/or

15  argument for which no response is required.

16  18. Answering Complaint, paragraph 18, Defendant admits that he has been

17  invited to Plaintiff's apartment, denies any non-consensual activity, and denies the

18  remaining allegations because Defendant either (1) lacks sufficient knowledge or

19  information to admit or deny, or (2) the allegations contain legal conclusions and/or

20  argument for which no response is required.

21  19. Answering Complaint, paragraph 19, Defendant admits that he has been

22  invited to Plaintiff's apartment, denies any non-consensual activity, and denies the

23  remaining allegations because Defendant either (1) lacks sufficient knowledge or

24  information to admit or deny, or (2) the allegations contain legal conclusions and/or

25  argument for which no response is required.

26  20. Answering Complaint, paragraph 20, Defendant admits that he has been

27  invited to Plaintiff's apartment, denies any non-consensual activity, and denies the

28

**DEFENDANT HENRY VENTURA'S ANSWER TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

remaining allegations because Defendant either (1) lacks sufficient knowledge or information to admit or deny, or (2) the allegations contain legal conclusions and/or argument for which no response is required.

21. Answering Complaint, paragraph 21, Defendant denies the allegations because Defendant either (1) lacks sufficient knowledge or information to admit or deny, or (2) the allegations contain legal conclusions and/or argument for which no response is required.

22. Answering Complaint, paragraph 22, Defendant denies the allegations because Defendant either (1) lacks sufficient knowledge or information to admit or deny, or (2) the allegations contain legal conclusions and/or argument for which no response is required.

23. Answering Complaint, paragraph 23, Defendant denies the allegations because Defendant either (1) lacks sufficient knowledge or information to admit or deny, or (2) the allegations contain legal conclusions and/or argument for which no response is required.

## FIRST CLAIM FOR RELIEF

24. Answering Paragraph 24, Defendant incorporates by reference its foregoing response to each and every allegation of the Complaint as if set out in full here.

25. Answering Paragraph 25, Defendant states that this paragraph contains statements of legal argument, pure argument, and conclusions for which no response is required. This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same. Except as expressly admitted herein, Defendant denies each and every remaining allegation.

26. Answering Paragraph 26, Defendant states that this paragraph contains statements of legal argument, pure argument, and conclusions for which no response is required. This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation,

**DEFENDANT HENRY VENTURA'S ANSWER TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

and on that basis denies the same.  Except as expressly admitted herein, Defendant denies each and every remaining allegation.

27.  Answering Paragraph 27, Defendant denies these allegations.

## SECOND CLAIM FOR RELIEF

28.  Answering Paragraph 28, Defendant incorporates by reference its foregoing response to each and every allegation of the Complaint as if set out in full here.

29.  Answering Paragraph 29, Defendant states that this paragraph contains statements of legal argument, pure argument, and conclusions for which no response is required.  This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same.  Except as expressly admitted herein, Defendant denies each and every remaining allegation.

30.  Answering Paragraph 30, Defendant states that this paragraph contains statements of legal argument, pure argument, and conclusions for which no response is required.  This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same.  Except as expressly admitted herein, Defendant denies each and every remaining allegation.

31.  Answering Paragraph 31, Defendant denies these allegations.

## THIRD CLAIM FOR RELIEF

32.  Answering Paragraph 32, Defendant incorporates by reference its foregoing response to each and every allegation of the Complaint as if set out in full here.

33.  Answering Paragraph 33, Defendant states that this paragraph contains statements of legal argument, pure argument, and conclusions for which no response is required.  This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same.  Except as expressly admitted herein, Defendant denies each and every remaining allegation.

34.  Answering Paragraph 34, Defendant states that this paragraph contains

**DEFENDANT HENRY VENTURA'S ANSWER TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

statements of legal argument, pure argument, and conclusions for which no response is required.  This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same.  Except as expressly admitted herein, Defendant denies each and every remaining allegation.

35.  Answering Paragraph 35, Defendant denies these allegations.

## FOURTH CLAIM FOR RELIEF

36.  Answering Paragraph 36, Defendant incorporates by reference its foregoing response to each and every allegation of the Complaint as if set out in full here.

37.  Answering Paragraph 37, Defendant states that this paragraph contains statements of legal argument, pure argument, and conclusions for which no response is required.  This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same.  Except as expressly admitted herein, Defendant denies each and every remaining allegation.

38.  Answering Paragraph 38, Defendant states that this paragraph contains statements of legal argument, pure argument, and conclusions for which no response is required.  This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same.  Except as expressly admitted herein, Defendant denies each and every remaining allegation.

39.  Answering Paragraph 39, Defendant denies these allegations.

40.  Answering Paragraph 40, Defendant states that this paragraph contains statements of legal argument, pure argument, and conclusions for which no response is required.  This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same.  Except as expressly admitted herein, Defendant denies each and every remaining allegation.

41.  Answering Paragraph 41, Defendant states that this paragraph contains

**DEFENDANT HENRY VENTURA'S ANSWER TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

statements of legal argument, pure argument, and conclusions for which no response is required. This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same. Except as expressly admitted herein, Defendant denies each and every remaining allegation.

42. Answering Paragraph 42, Defendant states that this paragraph contains statements of legal argument, pure argument, and conclusions for which no response is required. This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same. Therefore, the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same. Except as expressly admitted herein, Defendant denies each and every remaining allegation.

43. Answering Paragraph 43, Defendant denies these allegations.

## FIFTH CLAIM FOR RELIEF

44. Answering Paragraph 44, Defendant incorporates by reference its foregoing response to each and every allegation of the Complaint as if set out in full here.

45. Answering Paragraph 45, Defendant states that this paragraph contains statements of legal argument, pure argument, and conclusions for which no response is required. This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same. Except as expressly admitted herein, Defendant denies each and every remaining allegation.

46. Answering Paragraph 46, Defendant states that this paragraph contains statements of legal argument, pure argument, and conclusions for which no response is required. This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same. Except as expressly admitted herein, Defendant denies each and every remaining allegation.

47. Answering Paragraph 47, Defendant states that this paragraph contains

**DEFENDANT HENRY VENTURA'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

statements of legal argument, pure argument, and conclusions for which no response is
required.  This paragraph is vague as to events, dates, and circumstances and therefore
the Defendant lacks sufficient information to admit or deny the allegation, and on that
basis denies the same.  Except as expressly admitted herein, Defendant denies each and
every remaining allegation.

48.  Answering Paragraph 48, Defendant states that this paragraph contains
statements of legal argument, pure argument, and conclusions for which no response is
required.  This paragraph is vague as to events, dates, and circumstances and therefore
the Defendant lacks sufficient information to admit or deny the allegation, and on that
basis denies the same.  Except as expressly admitted herein, Defendant denies each and
every remaining allegation.

49.  Answering Paragraph 49, Defendant states that this paragraph contains
statements of legal argument, pure argument, and conclusions for which no response is
required.  This paragraph is vague as to events, dates, and circumstances and therefore
the Defendant lacks sufficient information to admit or deny the allegation, and on that
basis denies the same.  Except as expressly admitted herein, Defendant denies each and
every remaining allegation.

50.  Answering Paragraph 50, Defendant states that this paragraph contains
statements of legal argument, pure argument, and conclusions for which no response is
required.  This paragraph is vague as to events, dates, and circumstances and therefore
the Defendant lacks sufficient information to admit or deny the allegation, and on that
basis denies the same.  Therefore, the Defendant lacks sufficient information to admit
or deny the allegation, and on that basis denies the same.  Except as expressly admitted
herein, Defendant denies each and every remaining allegation.

51.  Answering Paragraph 51, Defendant denies these allegations.

## SIXTH CLAIM FOR RELIEF

52.  Answering Paragraph 52, Defendant incorporates by reference its foregoing
response to each and every allegation of the Complaint as if set out in full here.

53.  Answering Paragraph 53, Defendant states that this paragraph contains

**DEFENDANT HENRY VENTURA'S ANSWER TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

statements of legal argument, pure argument, and conclusions for which no response is required.  This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same.  Except as expressly admitted herein, Defendant denies each and every remaining allegation.

54.  Answering Paragraph 54, Defendant states that this paragraph contains statements of legal argument, pure argument, and conclusions for which no response is required.  This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same.  Therefore, the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same.  Except as expressly admitted herein, Defendant denies each and every remaining allegation.

55.  Answering Paragraph 55, Defendant states that this paragraph contains statements of legal argument, pure argument, and conclusions for which no response is required.  This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same.  Except as expressly admitted herein, Defendant denies each and every remaining allegation.

56.  Answering Paragraph 56, Defendant states that this paragraph contains statements of legal argument, pure argument, and conclusions for which no response is required.  This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same.  Except as expressly admitted herein, Defendant denies each and every remaining allegation.

57.  Answering Paragraph 57, Defendant states that this paragraph contains statements of legal argument, pure argument, and conclusions for which no response is required.  This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that

**DEFENDANT HENRY VENTURA'S ANSWER TO**
**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

basis denies the same.  Except as expressly admitted herein, Defendant denies each and every remaining allegation.

58.  Answering Paragraph 58, Defendant states that this paragraph contains statements of legal argument, pure argument, and conclusions for which no response is required.  This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same.  Except as expressly admitted herein, Defendant denies each and every remaining allegation.

59.  Answering Paragraph 59, Defendant states that this paragraph contains statements of legal argument, pure argument, and conclusions for which no response is required.  This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same.  Except as expressly admitted herein, Defendant denies each and every remaining allegation

60.  Answering Paragraph 60, Defendant denies these allegations.

## SEVENTH CLAIM FOR RELIEF

61.  Answering Paragraph 61, Defendant incorporates by reference its foregoing response to each and every allegation of the Complaint as if set out in full here.

62.  Answering Paragraph 62, Defendant states that this paragraph contains statements of legal argument, pure argument, and conclusions for which no response is required.  This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation, and on that basis denies the same.  Except as expressly admitted herein, Defendant denies each and every remaining allegation.

63.  Answering Paragraph 63, Defendant states that this paragraph contains statements of legal argument, pure argument, and conclusions for which no response is required.  This paragraph is vague as to events, dates, and circumstances and therefore the Defendant lacks sufficient information to admit or deny the allegation,

**DEFENDANT HENRY VENTURA'S ANSWER TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

1   and on that basis denies the same.  Except as expressly admitted herein, Defendant
2   denies each and every remaining allegation.

3       64.  Answering Paragraph 64, Defendant states that this paragraph contains
4   statements of legal argument, pure argument, and conclusions for which no response
5   is required.  This paragraph is vague as to events, dates, and circumstances and
6   therefore the Defendant lacks sufficient information to admit or deny the allegation,
7   and on that basis denies the same.  Except as expressly admitted herein, Defendant
8   denies each and every remaining allegation.

9       65.  Answering Paragraph 65, Defendant denies these allegations.

10      66.  Answering Paragraph 66, Defendant states that this paragraph contains
11  statements of legal argument, pure argument, and conclusions for which no response
12  is required.  This paragraph is vague as to events, dates, and circumstances and
13  therefore the Defendant lacks sufficient information to admit or deny the allegation,
14  and on that basis denies the same.  Except as expressly admitted herein, Defendant
15  denies each and every remaining allegation.

16      67.  Answering Paragraph 67, Defendant states that this paragraph contains
17  statements of legal argument, pure argument, and conclusions for which no response
18  is required.  This paragraph is vague as to events, dates, and circumstances and
19  therefore the Defendant lacks sufficient information to admit or deny the allegation,
20  and on that basis denies the same.  Except as expressly admitted herein, Defendant
21  denies each and every remaining allegation.

22      68.  Answering Paragraph 68, Defendant states that this paragraph contains
23  statements of legal argument, pure argument, and conclusions for which no response
24  is required.  This paragraph is vague as to events, dates, and circumstances and
25  therefore the Defendant lacks sufficient information to admit or deny the allegation,
26  and on that basis denies the same.  Except as expressly admitted herein, Defendant
27  denies each and every remaining allegation.

28      69.  Answering Paragraph 69, Defendant denies these allegations.

**DEFENDANT HENRY VENTURA'S ANSWER TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

1

## **AFFIRMATIVE DEFENSES AND PRAYER FOR RELIEF**

2      Defendant HENRY VENTURA denies that Plaintiff is entitled to the relief

3  requested or any relief at all. Furthermore, Defendant alleges the following affirmative

4  defenses with respect to each cause of action.

5

## **FIRST AFFIRMATIVE DEFENSE**

6

## **(Immunity)**

7      1.      Each Defendant is immune from liability under the *Federal Civil Rights*

8  *Act* and California state law because the actions were reasonable, done in good faith

9  and without malice under the authority of federal and state law.

10

## **SECOND AFFIRMATIVE DEFENSE**

11

## **(Qualified Immunity)**

12      2.    The Defendant Officers, including HENRY VENTURA, are entitled to

13  Qualified Immunity under federal court judicial doctrines and Constitutional

14  protections.

15

## **THIRD AFFIRMATIVE DEFENSE**

16

## **(Conspiracy)**

17      3.      Plaintiff conspired set up Defendant Ventura to sue Defendant for

   monetary gain.

18

## **FOURTH AFFIRMATIVE DEFENSE**

19

## **(Consent)**

20      4.      Plaintiff gave full and informed consent to Defendant Ventura after plaintiff

21  allowed Ventura into her apartment and allowed him to enter her bedroom.  In so

22  consenting, Plaintiff voluntarily and knowingly assumed the risk of an intimate

23  encounter with Ventura and is barred from seeking recovery for her injuries and

24  damages alleged.

25

## **FIFTH AFFIRMATIVE DEFENSE**

26

## **(Failure to State a Cause of Action)**

27      5. The Complaint and each and every claim therein fails to state a claim for which

28

relief can be granted and should therefore be dismissed.

### SIXTH AFFIRMATIVE DEFENSE

### (Vague, Ambiguous and Uncertain)

6. The Complaint and each cause of action alleged therein is uncertain, vague, ambiguous and unintelligible under Rule 8.

### SEVENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

7. The Complaint and each and every cause of action therein is barred by the applicable statute of limitations.

### EIGHTH AFFIRMATIVE DEFENSE

### (Plaintiff's conduct caused damages)

8. Plaintiff's damages, if any, were caused, in whole or in part, by Plaintiff's own negligent or intentional acts or omissions.

### NINTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

9. Plaintiff lacks Article III standing to pursue her alleged claims.

### TENTH AFFIRMATIVE DEFENSE

### (Third Party Responsible)

10. Plaintiff's damages, if any, were proximately caused by or contributed to by the negligent or intentional acts or omissions of third parties over whom Defendant had no control.

### ELEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

11. Plaintiff is guilty of unclean hands and is thus barred from obtaining the relief sought in the Complaint.

**DEFENDANT HENRY VENTURA'S ANSWER TO**
**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

**TWELFTH AFFIRMATIVE DEFENSE**

**(Constitutionally Protected Conduct)**

12. The Complaint seeks to hold Defendant liable for conduct, including meeting with and hearing the viewpoints of constituents expressing their views on matters of public interest, that is protected by the United States Constitution and the California Constitution.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

13. Plaintiffs' own conduct estops Plaintiffs from seeking the relief claimed in this lawsuit.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Laches)**

14. Plaintiffs have inexcusably and unreasonably delayed the filing of this Complaint causing substantial prejudice to Defendant. Therefore, Plaintiffs are barred from recovery herein by reason of laches.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages)**

15. Plaintiff failed to properly mitigate her damages and is therefore precluded from recovering those alleged damages. Damages sustained by Plaintiff, if any, were proximately caused by and/or contributed to by Plaintiff's own acts, omissions, negligence, and/or failure to take reasonable and necessary actions to eliminate, mitigate, lessen, reduce and minimize such damages. Thus, the extent of any alleged damages should be reduced in proportion to such comparative and contributory negligence.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Good Faith)**

16. Defendants acted reasonably and in good faith at all times material herein,

**DEFENDANT HENRY VENTURA'S ANSWER TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

1  based on all relevant facts, law, and circumstances known by them at the time they

2  acted. Accordingly, Plaintiffs are barred, in whole or in part, from any recovery in this

3  action.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Mootness)

6  17. Plaintiff's claims are barred under the doctrine of mootness.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Frivolous Lawsuit)

9  18. Plaintiffs filed and served this Complaint against Defendant as a result of bad

10  faith actions or tactics that are frivolous.

## NINTEENTH AFFIRMATIVE DEFENSE

### (Discretionary Acts of Public Employees)

13  19. The acts or omissions complained of in the Complaint were the result of the

14  exercise of the discretion vested in public employees while acting in the scope of their

15  public employment, and whether or not such discretion was abused, Defendant is

16  immune from liability pursuant to Government Code sections 815.2(b), 820.2, and

17  840.6.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Statute Only)

20  20. To the extent the Complaint herein purports to state causes of action not

21  specifically allowed by the Government Code, Defendant is immune from liability

22  herein and the Complaint is barred under the provisions of Tort Claims Act, including

23  but not limited to, Government Code sections 815; 815(b); 815.2; 815.2(b); 815.4; 818,

24  818.2; 818.4; 818.6; 818.8; 820; 820(b); 820.2; 820.8; 821; 821.2; 821.4; 822.2; 830,

25  830.2; 830.4; 830.5; 830.6; 830.8; 830.9; 831; 831.2; 831.4; 835, 835.2; 835.4; 840;

26  840.2; 840.4; 840.6.

27

28

**DEFENDANT HENRY VENTURA'S ANSWER TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

1    **TWENTY-FIRST AFFIRMATIVE DEFENSE**

2                        **(Statutory Immunity)**

3       21. The Tort Claims Act as a measure of the duty of Defendant and its employees

4    and that liability of a public entity is subject to any immunity provided by statute, and

5    Defendant is immune from liability pursuant to all relevant statutes including, but not

6    limited to, the provisions of California Government Code section 810 et seq., 815,

7    815.4, 815.6, 818, 818.6, 820.2, 821.4, 830.2, 830.4, 830.6, 830.8, 830.9, 831, 831.2,

8    831.21, 831.25, 831.3, 831.4, 831.6, 831.7, 831.8, 835, 835.2, 835.4, 840, 840.2, 840.4,

9    and 840.6.

10       **TWENTY-SECOND AFFIRMATIVE DEFENSE**

11    **(Defenses Under Federal Rules of Civil Procedure; Reservation)**

12       22. Plaintiff's claims may be barred by any or all of the affirmative defenses

13    contemplated by Rules 8 and 12 of the Federal Rules of Civil Procedure. The extent to

14    which Plaintiff's claims may be barred cannot be determined until Defendant has had

15    an opportunity to complete discovery. Therefore, Defendant incorporates all such

16    affirmative defenses as though fully set forth herein and reserves herein the right to

17    assert additional defenses in the event that the discovery indicates they would be

18    appropriate.

19       **TWENTY-THIRD AFFIRMATIVE DEFENSE**

20    **(Failure to Pursue Administrative Process and Remedies)**

21       23. Plaintiff's claims are barred by her failure to pursue the administrative

22    process and remedies available to her.

23       24.    Defendant HENRY VENTURA reserves the right to amend this Answer

24    based on further discovery and fact development in this matter.

25    ///

26    ///

27    ///

28

**DEFENDANT HENRY VENTURA'S ANSWER TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

1      **WHEREFORE,** Defendant HENRY VENTURA prays as follows:

2      1. That the Complaint be dismissed with prejudice and that judgment be entered

3 in favor of Defendant;

4      2. That Plaintiff take nothing by way of their Complaint.

5      3. That Defendant be awarded its costs of suit, including expert fees and

6 reasonable attorneys' fees. For such other and further relief as this court deems just and

7 proper.

8

9                      **<u>DEMAND FOR JURY TRIAL</u>**

10

11     Defendant Ventura demands a trial by jury.

12

13   DATED:  December 18, 2025       Respectfully submitted,

14                                 LAW OFFICES OF WILLIAM R. PRICE

15

16

17                               By:  <u>  /s/ William R. Price     </u>

18                                 WILLIAM R. PRICE
                                Attorneys for Defendant
                                HENRY VENTURA

19

20

21

22

23

24

25

26

27

28

**DEFENDANT HENRY VENTURA'S ANSWER TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

1

## PROOF OF SERVICE
### *STATE OF CALIFORNIA, COUNTY OF SAN DIEGO*

2

3      I am employed in the county aforesaid, I am over the age of 18 years and not a
party to the within above-entitled action; my business address is 12636 High Bluff

4    Dr., Suite 400, San Diego, CA 92130.

5

6      On December 18, 2025, I served the within DEFENDANT HENRY
VENTURA'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR

7    JURY TRIAL on the interested parties in said action addressed as follows:

8

| | |
|---|---|
| **Darren Michael Harris**<br>Harris Grombchevsky LLP<br>2070 Business Center Drive Suite 285<br>Irvine, CA 92612<br>949-387-4444<br>Fax: 949-387-4544<br>Email: dharris@lawfirmhg.com | *Plaintiff Jane Doe* |
| **OFFICE OF THE CITY ATTORNEY - City of Riverside**<br>REBECCA L. McKEE-REIMBOLD<br>rmckee@riversideca.gov<br>NADIN S. SAID, Acting Assistant City Attorney<br>nsaid@riversideca.gov<br>VICTORIA M. WYATT<br>vwyatt@riversideca.gov<br><br>3750 University Avenue, Suite #250<br>Riverside, California 92501<br><br>Telephone (951) 826-5567 | *Defendant City of Riverside* |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   ( X )  **VIA ELECTRONIC SERVICE** – I served the above entitled document by
electronic transmission or electronic notification from email address cperez-

25   cota@riversideca.gov to the persons at the e-mail addresses listed below pursuant to
Code of Civil Procedure § 1010.6.  No error message was received within a

26   reasonable period of time after the transmission, nor any electronic message or other

27   indication that the transmission/notification was unsuccessful.

28      I declare under the penalty of perjury, under the laws of the State of California

**DEFENDANT HENRY VENTURA'S ANSWER TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

that the foregoing is true and correct.

Executed on December 18, 2025 at San Diego, California.


_____*Olga Barnes*_____
Olga Barnes

**DEFENDANT HENRY VENTURA'S ANSWER TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**