**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jane Doe,<br><br>PLAINTIFF(S)<br>v.<br>City of Riverside et al.,<br><br>DEFENDANT(S) | CASE NUMBER<br>EDCV25-2181-JGB-E<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☒ the following scanned document ☐ docket entry have/has been corrected as indicated below.

Title of scanned document: Stipulated Protective Order

Filed date: 3/18/2026 Document Number(s): 32

☐ Incorrect case number ______ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is ______

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: ______

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: ______ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge ______ to ☐ Judge ☐ Magistrate Judge ______ . The initials of the new judge(s) are: ______

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number ______ has been changed to new case number ______ .

☐ Case title is corrected from ______ to ______

☐ Document has been re-numbered as document number ______

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is ______ .

☐ Document is missing page number(s): ______

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: ______

☒ Other: Incorrect document attached to docket entry #32.

CLERK, U.S. DISTRICT COURT

Date: March 18, 2026

By: B. Martinez
Deputy Clerk