**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JANE DOE

Plaintiff,

v.

CITY OF RIVERSIDE. HENRY VENTURA; and DOES 1 through 10, inclusive

Defendants.

*CASE NO. 5:25-cv-02181-JGB-E*

**ORDER**

Pursuant to and for the reasons set forth in the parties' September 30, 2026 stipulation, it is hereby ORDERED that the following dates are extended:

1. The parties respectfully seek a trial continuance to August 17, 2027, and seek continuance of all trial related dates based on the schedule specified for the June 29, 2027, trial date.

///
///
///



CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567

2. Trial is continued to August 17, 2027, at 9:00 a.m.
3. Pretrial Conference is continued to August 2, 2027, at 11:00 a.m.

**IT IS SO ORDERED**

DATED: October 20, 2026

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE



CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567